People v Santos (2024 NY Slip Op 06462)

People v Santos

2024 NY Slip Op 06462

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, NOWAK, AND HANNAH, JJ.

812 KA 23-02119

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
JOEL F. SANTOS, DEFENDANT-APPELLANT. 

D.J. & J.A. CIRANDO, PLLC, SYRACUSE (JOHN A. CIRANDO OF COUNSEL), FOR DEFENDANT-APPELLANT. 
KRISTYNA S. MILLS, DISTRICT ATTORNEY, WATERTOWN (MORGAN R. MAYER OF COUNSEL), FOR RESPONDENT. 

 Appeal from a decision of the Jefferson County Court (David A. Renzi, J.), rendered January 4, 2023. The decision determined that defendant is a level two risk pursuant to the Sex Offender Registration Act. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Memorandum: Defendant purports to appeal from a bench decision of County Court adjudicating him to be a level two risk pursuant to the Sex Offender Registration Act (Correction Law § 168 et seq .). The court did not issue a written decision, order, or judgment. Because no appeal lies from a mere decision (see Gunn v Palmieri , 86 NY2d 830, 830 [1995]; Kuhn v Kuhn , 129 AD2d 967, 967 [4th Dept 1987]), we must dismiss the appeal. We also note that the court, in its oral decision, did not set forth its findings of fact and conclusions of law (see Correction Law § 168-d [3]).
Entered: December 20, 2024
Ann Dillon Flynn
Clerk of the Court